UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70785-BEM |
| | : | |
| NOEMI TROCHEZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### REPORT OF CHAPTER 7 TRUSTEE OF ASSETS AND REQUEST FOR CLAIMS BAR DATE

COMES NOW Michael J. Bargar, as Chapter 7 Trustee, and reports to the Court that he may recover assets for distribution to creditors and hereby requests that the Court set a bar date for claims.

Respectfully submitted this 16th day December, 2020.

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-7030

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709
Chapter 7 Trustee
michael.bargar@agg.com

15961985v1