UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70785-BEM |
| | : | |
| NOEMI TROCHEZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S APPLICATION FOR APPOINTMENT OF ATTORNEYS**

COMES NOW Michael J. Bargar, as Chapter 7 Trustee ("**Trustee**" or "**Applicant**") in the bankruptcy case (the "**Case**") of Noemi Trochez ("**Debtor**"), and respectfully represents as follows:

1.

Debtor initiated the underlying bankruptcy case by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code (the "**Bankruptcy Code**") on October 15, 2020.

2.

Applicant was thereafter appointed and remains the duly acting Chapter 7 trustee in this case.

3.

To administer this case in a proper, efficient, and economical manner, Applicant requires the services of legal counsel, and he wishes to employ the firm Arnall Golden Gregory LLP to act as his attorneys in this case.

15851588v1

4.

The members and associates of said firm are admitted to practice in this Court, have knowledge and experience in bankrupcy practice and are well qualified to represent Trustee in this matter. Attached as Exhibit "A" is the Rule 2014 Verification of Arnall Golden Gregory LLP.

5.

The current hourly billing rates (as reduced)[1] of attorneys and paralegals who may render services in the case follow:

| # | Name | Rate |
|---|---|---|
| 1. | Neil C. Gordon | $575.00 |
| 2. | Frank N. White | $535.00 |
| 3. | Michael J. Bargar | $482.50 |
| 4. | William D. Matthews | $430.00 |
| 5. | Meghan J. Wells | $315.00 |
| 6. | Angela G. Ford | $210.00 |
| 7. | Nancy J. Overholtzer | $210.00 |
| 8. | Pamela E. Bicknell | $210.00 |
| 9. | Carol A. Stewart | $170.00 |

Depending on need for particular experience or the exigencies of the case, other attorneys may also provide services. The above rates may be increased during the term of the proposed employment or if so awarded by the Court.

6.

Professional services, for which counsel for Trustee are necessary in this case, relate to the recovery of assets by Trustee, including the preparation, filing, and prosecution of any motions to settle, motions for turnover, adversary proceedings, as well as all claims objections, applications, and other necessary services. More particularly, it is necessary to retain attorneys to assist Applicant with legal issues regarding the investigation, recovery, monetization, and

---

[1] In the exercise of its billing judgment, AGG has voluntarily reduced the 2020 billing rate of Michael J. Bargar from $535.00 per hour to $482.50 per hour. Based on the complexity of the issues that arise in this matter, AGG may charge his actual billing rate for the services performed.

15851588v1

distribution of a certain unscheduled real property interest of Debtor in an, including drafting of all requisite motions, pleadings, and papers (which may include prosecuting a Section 363(h) action against the co-owner). Applicant may also require the services of said professionals to assist with other legal matters, which may arise during the administration of this case.

7.

The professional services, for which it is necessary that an attorney act, may also include:

(a) Preparation of pleadings and motions and conducting of examinations incidental to the administration of the estate;

(b) Services incidental to preservation and disposition of assets;

(c) Investigation, analysis, and appropriate action, if required, relative to any preference, fraudulent transfer, unperfected security interest, improper disposal of assets, prosecution of the estate's claims, or pending litigation;

(d) Any and all other necessary action incident to the proper preservation and administration of the estate.

8.

To the best of Applicant's knowledge, said firm's acting as attorneys in this case will be in the best interest of the estate, Debtor, creditors, and all other parties in interest. To the best of Applicant's knowledge, and except as otherwise disclosed herein and in the Bankruptcy Rule 2014 Verification of Michael J. Bargar, the firm has no connection with the aforementioned Debtor, her creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. Said firm does not hold or represent an interest adverse to the estate, does not represent any creditor or other known interested party, and is a disinterested person under 11 U.S.C. § 327(a), as that term

15851588v1

is defined in 11 U.S.C. § 101(14). Disclosure is made, however, that Neil C. Gordon, a partner of the firm, and Michael J. Bargar, a partner of the firm, have been appointed by the United States Trustee for Region 21 to act as panel trustees in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division. As a result, employees of AGG regularly communicate with employees of the Office of the United States Trustee.

9.

To expedite the marshalling of the estate's assets, Arnall Golden Gregory LLP has heretofore performed certain professional services for the estate or plans to perform such services, which may be rendered prior to the signing of any order upon this Application.

10.

Applicant proposes that said firm be compensated for its services in accordance with future orders of the Court based upon the criteria for professional compensation required by bankruptcy law. No compensation will be paid by Applicant to said law firm except upon application to and approval by the Court after notice and hearing as required by law.

WHEREFORE, Applicant prays that Arnall Golden Gregory LLP be authorized to act as Applicant's attorney in this case and that such authorization continue if said firm should assist any successor Trustee.

Respectfully submitted this 16th day of December, 2020.

ARNALL GOLDEN GREGORY LLP

By: */s/ Michael J. Bargar*
Michael J. Bargar, Chapter 7 Trustee
Georgia Bar No. 645709
michael.bargar@agg.com

171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500

15851588v1

# EXHIBIT "A"

## RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS

The undersigned hereby declares under penalty of perjury:

1. I am a partner with the law firm of Arnall Golden Gregory LLP, with offices at 171 17th Street, NW, Suite 2100, Atlanta, Georgia 30363 (the "**Firm**").

2. I make this Rule 2014 verified statement in my capacity as a partner of the Firm *and not* in my capacity as Chapter 7 Trustee.

3. I have asked the Firm to represent me, Michael J. Bargar, in my capacity as Chapter 7 Trustee ("**Trustee**") in the bankruptcy case of Noemi Trochez ("**Debtor**").

4. To the best of my knowledge, the Firm has no connection with the aforementioned Debtor, her creditors, any party in interest in this case, their attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth below. The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged. The Firm is a disinterested person as that term is defined in 11 U.S.C. § 101(14). Disclosure is made that the Firm represents me (in my capacity as a bankruptcy trustee) as special or general counsel in unrelated matters. Disclosure is also made that Neil C. Gordon, a partner of the Firm, and I, Michael J. Bargar, have been appointed by the United States Trustee for Region 21 to act as panel trustees in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division. As a result, employees of the Firm regularly communicate with employees of the Office of the United States Trustee

5. The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

Dated this 16th day of December, 2020.

By: */s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15851588v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *Trustee's Application for Appointment of Attorneys* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery by first class mail to the following entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

E. L. Clark
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Noemi Trochez
95 Chandler Ridge Lane
Lawrenceville, GA 30045

This 16th day of December, 2020.

/s/ *Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15851588v1