

**IT IS ORDERED as set forth below:**

**Date: December 17, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-70785-BEM |
| | : | |
| NOEMI TROCHEZ, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING EMPLOYMENT OF ATTORNEYS, SUBJECT TO OBJECTION**

On December 16, 2020, Michael J. Bargar, in his capacity as Chapter 7 Trustee (the "**Trustee**"), filed an application for appointment of Arnall Golden Gregory LLP ("**AGG**" or "**Applicant**") as attorneys for Trustee [Doc. No. 11] (the "**Application**"). The Application and accompanying verified statement demonstrate that AGG is a firm of attorneys qualified to practice in this Court, that Applicant is disinterested and represents no interest adverse to Debtor or the estate. As this case justifies employment of a professional for the purpose specified

15851599v1

it is hereby

      **ORDERED** that under 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is

**GRANTED**: Trustee is authorized to employ Applicant as Trustee's attorney during this Chapter

7 case.  It is further

      **ORDERED** that compensation shall be paid to AGG upon notice, hearing, and approval

of the Court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately

detailed application.  It is further

      **ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or

any other party in interest within twenty-one (21) days from the date of entry of this Order.  Any

objection to this Order shall be served on the United States Trustee, Trustee, and proposed

counsel for Trustee.  If an objection is timely filed, then proposed counsel for Trustee shall

schedule a hearing on the Application and such objection pursuant to the Court's open Calendar

Procedures, and shall provide notice of such hearing to the United States Trustee, Trustee, and

the objecting party.

**[END OF DOCUMENT]**

**Order prepared and presented by:**

ARNALL GOLDEN GREGORY LLP

By:*/s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street, NW, Suite 2100
Atlanta, GA  30363
(404) 873-8500

*Proposed Attorneys for Trustee*

**Identification of parties to be served:**

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA  30363-1031

E. L. Clark
Clark & Washington, LLC
Bldg 3
3300 Northeast Expressway
Atlanta, GA 30341

Noemi Trochez
95 Chandler Ridge Lane
Lawrenceville, GA 30045